UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ROBERTO SANTIAGO,

Defendant.

No. 10-cr-555 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Before the Court is a letter from Defendant Roberto Santiago, dated January 15, 2021 but docketed on ECF on January 22, 2021, asking the Court to adjudicate his renewed motion for compassionate release. (Doc. No. 146.) Defendant evidently mailed this correspondence before receiving a copy of the Court's January 11, 2021 Order, which considered the hardships identified in Defendant's letter but nevertheless denied his motion for a compassionate release. (Doc. No. 144.) In light of the Court's January 11, 2021 Order, Defendant's current motion is DENIED as moot. The Clerk of Court is respectfully directed to terminate the open motion at Document Number 146 and mail a copy of this Order to Defendant.

SO ORDERED.

Dated:   January 25, 2021
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation