Probation Form No. 35
(1/92)

Report and Order Terminating Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                              Docket No. 1:10-cr-00555-RJS

Roberto Santiago

On January 19, 2022, the above-named was placed on Supervised Release for a period of five (5) years. Mr. Santiago has complied with the rules and regulations of Supervised Release and we believe that a reduction in supervision is warranted. It is accordingly recommended that his Supervised Release be reduced by two (2) years.

Respectfully submitted,

by  *Lauren Blackford*

Lauren M. Blackford
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that Roberto Santiago be granted a two (2) year reduction in his Supervised Release term with a new maximum expiration date of January 18, 2025.

Date this  13th  day of  June , 20 23 .

*Richard J. Sullivan*

Honorable Richard J. Sullivan
U.S. Circuit Judge